# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARQUETTE BENSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:19-cv-02236-TLP-tmp |
| v. | ) | |
| | ) | |
| STATE OF TENNESSEE, SHELBY | ) | |
| COUNTY CRIMINAL COURT DIVISION | ) | |
| 8, ATTORNEY GENERAL LEON JOSE, | ) | |
| AND TRENT HALL, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR PAY THE $5.00 HABEAS CORPUS FILING FEE**

Petitioner Marquette Benson, a/k/a Marquette Mukes,[1] filed a pro se petition pursuant to 28 U.S.C. § 2254 on April 15, 2019. (ECF No. 1.) However, Petitioner failed to either pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) or submit an application to proceed in forma pauperis and a copy of his trust account statement.

Accordingly, Petitioner is ORDERED to pay the $5.00 filing fee within thirty (30) days after the date of this Order or submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement.[2] The Clerk is

---

[1] Petitioner, Tennessee Department of Correction prisoner number 288175, is incarcerated at the Trousdale Turner Correctional Center in Hartsville, Tennessee.

[2] In the interest of expediting this matter, Petitioner is advised that if his inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed in forma pauperis will be denied.

directed to mail a copy of the prisoner in forma pauperis affidavit to Petitioner along with this order.

Failure to comply with this order in a timely manner will result in dismissal of this action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this 6th day of May, 2019.

    s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE